NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCO ANTONIO GALLO-RODRIGUEZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

---

2012-5136

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-0782, Judge George W. Miller.

---

**ON MOTION**

---

**ORDER**

Marco Antonio Gallo-Rodriguez moves for an extension of time to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MARCO GALLO-RODRIGUEZ V. US                                          2


    The motion is granted. The appellant's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

OCT 0 4 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Stacey K. Grigsby, Esq.
    Marco Antonio Gallo-Rodriguez, (Informal brief form enclosed)

s27